UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

EDEN CASTANEDA ESQUIVEL,

    Petitioner,

    v.                              CAUSE NO. 3:26cv377 DRL-SJF

BRIAN ENGLISH,

    Respondent.

<u>ORDER</u>

The court conditionally ordered the respondent to release Eden Castaneda Esquivel if he remained detained without a custody redetermination hearing before an immigration judge by May 11, 2026. The respondent has notified the court that Mr. Castaneda Esquivel appeared before an immigration judge for a custody redetermination hearing on May 11, 2026. Therefore, the court DIRECTS the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED.

May 15, 2026                                  <u>*s/ Damon R. Leichty*</u>
                                         Judge, United States District Court